**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PHILLIP FRANCIS GRAZIDE,** ) | 1:07-cv-00735-LJO WMW HC |
| ) | |
| Petitioner, ) | ORDER GRANTING |
| ) | REQUEST TO STAY CASE |
| vs. ) | PENDING EXHAUSTION OF |
| ) | STATE JUDICIAL REMEDIES |
| ) | |
| **PEOPLE OF STATE OF CALIFORNIA,** ) | Status Report Due August 1, 2008 |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |
| _____ ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    In response to an order from the court requiring Petitioner to inform the court as to how he wishes to proceed in this case, Petitioner has informed the court that he wishes to have this case stayed pending the exhaustion of claims three through eleven in state court. Good cause appearing, Petitioner's request is HEREBY GRANTED.   This case is STAYED and will remain stayed pending exhaustion of Petitioner's state judicial remedies as to claims

three through eleven.  Petitioner is HEREBY ORDERED to file a status report regarding his efforts to exhaust his unexhausted claims on or before August 1, 2008, and EVERY SIXTY DAYS THEREAFTER.  Petitioner shall immediately inform this court when his claims are exhausted.  Petitioner's failure to file timely status reports will result in the dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   July 14, 2008**             /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE