# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FRANCIS GRAZIDE,<br><br>        Petitioner,<br><br>    v.<br><br>THOMAS FELKER,<br><br>        Respondent. | 1:07-cv-00735 LJO YNP DLB HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT STATUS REPORT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 15, 2008, the Court issued an order staying the petition pending exhaustion of Petitioner's state remedies. Petitioner was directed to file a status report within fifteen (15) days of the order and every sixty (60) days thereafter. The last status report that Petitioner has present to this Court was filed on February 3, 2009. Nearly five months have passed since the last report was filed and a current status report is long over due.

    Accordingly, Petitioner is ORDERED to submit a status report informing the Court what cases have been filed in state court, the date of those filings, and any outcomes within twenty (20) days from the date of service of this order. Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 11-110.

    IT IS SO ORDERED.

    Dated:   **June 26, 2009**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE