# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FRANCIS GRAZIDE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>THOMAS FELKER,<br><br>　　　　　　　Respondent. | 1:07-cv-00735 LJO YNP DLB HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT STATUS REPORT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 15, 2008, the Court issued an order staying the petition pending exhaustion of Petitioner's state remedies. Petitioner was directed to file a status report within fifteen (15) days of that order and every sixty (60) days thereafter. On June 26, 2009, this Court ordered Petitioner to file a status report after he was already two and a half months past due. Petitioner then filed a status report on July 14, 2009 and has not filed another report since. Once again, Petitioner's status report is nearly five months over due. Petitioner is responsible for complying with all Court deadlines and failure to do so in the future will result in the dismissal of this case.

Accordingly, Petitioner is ORDERED to submit a status report informing the Court what cases have been filed in state court, the date of those filings, and any outcomes, within fifteen (15) days from the date of service of this order. Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: __February 1, 2010__　　　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE